```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    DOUGLAS HEALD
 6
```



NOV 10 2011



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-474-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER TO<br>) ALLOW TEMPORARY RELEASE OF |
| v. | ) PASSPORT AND INTERNATIONAL TRAVEL |
| DOUGLAS HEALD (2), | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

The United States of America, by Jared Dolan, Assistant United States Attorney, together with defendant, Douglas Heald, by counsel, Michael Petrik, Jr., stipulate that the Court should order temporary release of Mr. Heald's passport to him, and to modify the conditions of release to allow brief international travel with his family over the Thanksgiving holiday weekend. Pretrial Services has no objection to this stipulation, and has a copy of Mr. Heald's travel itinerary.

The parties stipulate that Mr. Heald may retrieve his passport from the Clerk Of The Court on Thursday, November 17, 2011, and return the passport to the Clerk or his Pretrial Services Officer on Monday, November 28, 2011.

/ / /

STIPULATION AND PROPOSED ORDER        1                          10-474-WBS

```
 1        The parties stipulate that Mr. Heald may travel outside of the
 2   United States, to foreign countries that neighbor the American Virgin
 3   Islands only, during the time that he has temporary possession of his
 4   passport.
 5
 6   Dated: November 9, 2011            Respectfully submitted,
 7                                      DANIEL J. BRODERICK
                                        Federal Defender
 8
                                        /s/ M.Petrik
 9                                      _____
                                        MICHAEL PETRIK, Jr.
10                                      Assistant Federal Defender
11   Dated: November 9, 2011            BENJAMIN B. WAGNER
                                        United States Attorney
12
                                        /s/ M.Petrik for
13                                      _____
                                        JARED DOLAN
14                                      Assistant U.S. Attorney
15
```

### ORDER

For the reasons stated above, the Court orders temporary release of Mr. Heald's passport to him from November 17, 2011, to November 28, 2011. The Court also orders the conditions of release to allow brief international travel as the parties stipulate. All other conditions of release will remain in effect.

Dated: 11/9/11

HON. DALE A. DROZD
United States Magistrate Court