1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   DOUGLAS HEALD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-474 WBS |
|---|---|
| Plaintiff, | ) ORDER SETTING TRIAL CONFIRMATION |
| | ) HEARING AND TRIAL DATE |
| v. | ) |
| | ) Date: November 7, 2011 |
| BRANDON HANLY, DOUGLAS HEALD, | ) Time: 9:30 a.m. |
| JERAD MAGGI, | ) Judge: Hon. William B. Shubb |
| Defendants. | ) |

On November 7, 2011, this matter came before the Court for status. Joseph Wiseman appeared for Brandon Hanly. Michael Petrik, Jr., appeared for Douglas Heald. Thomas Johnson appeared for Jerad Maggi. Jared Dolan appeared for the United States.

All counsel agreed to set a trial date in this matter. After conferring regarding their respective schedules, all counsel proposed a trial date in July, 2012.

Counsel for Mr. Heald advocated passionately for the proposed a trial date in July, 2012. Counsel explained that he had thousands of pages of discovery to review, investigation to pursue, and other trials set that required his attention. Counsel specified that he had a

[Proposed] Order                    1                            10-474 WBS

mortgage fraud trial similar to this case set for January 23, 2012, that required the review of thousands of pages of discovery and investigation. Counsel explained that he could not prepare two mortgage fraud trials simultaneously, and that any trial date the Court selected prior to July, 2012, would result in ineffective preparation and representation in this case.

Counsel for Mr. Maggi agreed with counsel for Mr. Heald's representations because counsel for Mr. Maggi has a client in the same mortgage fraud case going to trial on January 23, 2012.

Counsel for Mr. Hanly agreed to a trial date in July, 2012, in order to prepare effectively.

Counsel for the United States did not oppose the request of defense counsel.

**ORDER**

After hearing the arguments of defense counsel, in particular counsel for Mr. Heald, the Court finds that the first available date for effective counsel to appear and try this case is July 10, 2012, at 9:00 a.m. Based on counsel for Mr. Heald's representations, the Court finds that the ends of justice served by granting the defendants' request for this trial date outweigh the best interest of the public and the defendants in a speedy trial. The Court finds that an exclusion of time between November 7, 2011, and July 10, 2012, is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also sets trial confirmation for June 25, 2012, at 9:30 a.m.

DATED: November 17, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE