DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DOUGLAS HEALD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-474-WBS |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO ALLOW TEMPORARY RELEASE OF |
| v. | PASSPORT AND INTERNATIONAL TRAVEL |
| DOUGLAS HEALD, | Judge: Edmund F. Brennan |
| Defendant. | |

The United States of America, by Jared Dolan, Assistant United States Attorney, together with defendant, Douglas Heald, by counsel, Michael Petrik, Jr., stipulate that the Court should order temporary release of Mr. Heald's passport to him, and to modify the conditions of release to allow brief international travel to Mexico for business purposes. Pretrial Services has no objection to this stipulation, and has a copy of Mr. Heald's travel itinerary provided by Mr. Heald.

The parties stipulate that Mr. Heald may retrieve his passport from the Clerk Of The Court on January 17, 2012, and return the passport to the Clerk or his Pretrial Services Officer on January 24, 2012.

/ / /

/ / /

STIPULATION AND PROPOSED ORDER	1	10-474-WBS

```
 1        The proposed schedule with respect to the temporary return of Mr.
 2   Heald's passport will allow Mr. Heald to travel on January 18 and 23,
 3   2012.  The conference in Mexico begins on January 19, 2012, and ends
 4   January 23, 2012.
 5
 6   Dated: January 5, 2012            Respectfully submitted,
 7                                     DANIEL J. BRODERICK
                                       Federal Defender
 8
                                       /s/ M.Petrik
 9                                     _____
                                       MICHAEL PETRIK, Jr.
10                                     Assistant Federal Defender
11   Dated: January 5, 2012            BENJAMIN B. WAGNER
                                       United States Attorney
12
                                       /s/ M.Petrik for
13                                     _____
                                       JARED DOLAN
14                                     Assistant U.S. Attorney
15
16                                  **O R D E R**
17        For the reasons stated above, the Court orders temporary release of
18   Mr. Heald's passport to him from January 17, 2012, to January 24, 2012.
19   The Court also orders the conditions of release to allow brief
20   international travel as the parties stipulate.  All other conditions of
21   release will remain in effect.
22   Dated:  January 5, 2012.
23                                     _____
                                       EDMUND F. BRENNAN
24                                     UNITED STATES MAGISTRATE JUDGE
25
26
27
28
     STIPULATION AND PROPOSED ORDER         2                      10-474-WBS
```