**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone: 530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
BRANDON HANLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>BRANDON HANLY, DOUGLAS HEALD, JERAD MAGGI,<br><br>             Defendant. | No.:   CR 10-474 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE HEARING DATE**<br><br>Date: January 9, 2012<br>Time: 9:30 a.m.<br>Ctrm: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Jared Dolan, Assistant United States Attorney, and Joseph J. Wiseman, attorney for BRANDON HANLY, that the hearing

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

---

Stipulation and Proposed Order to
Vacate Hearing Date                                                                                          Case No. 10-474 WBS

1

on the Motion to Dismiss Count One for Insufficiency of the Indictment, set for January 9, 2012, be vacated.

Dated: January 3, 2012              Respectfully submitted,


                                    WISEMAN LAW GROUP, P.C.


                                    By: ____/s/ Joseph J. Wiseman_____
                                        JOSEPH J. WISEMAN

                                        Attorney for Defendant
                                        BRANDON HANLY


                                    By: ____/s/ Joseph J. Wiseman for
                                        MICHAEL PETRIK

                                        Attorney for Defendant
                                        DOUGLAS HEALD


                                    By: ____/s/ Joseph J. Wiseman for_____
                                        THOMAS A. JOHNSON

                                        Attorney for Defendant
                                        JERAD MAGGI



Dated:  January 3, 2012             BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:  /s/ Jared Dolan
                                    JARED DOLAN
                                    Assistant U.S. Attorney
                                    Attorney for the United States

---

Stipulation and Proposed Order to
Vacate Hearing Date                                              Case No. 10-474 WBS

2

JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P. C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
BRANDON HANLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRANDON HANLY, DOUGLAS HEALD,<br>JERAD MAGGI,<br><br>        Defendant. | No.:  CR 10-474 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO VACATE HEARING<br>DATE**<br><br>Date:  January 9, 2012<br>Time:  9:30 a.m.<br>Ctrm:  Hon. William B. Shubb |

GOOD CAUSE APPEARING, it is hereby ordered that the Motion Hearing presently set for January 9, 2012 be vacated.

Dated: January 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE