DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DOUGLAS HEALD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-474-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER TO ALLOW TEMPORARY RELEASE OF |
| v. | ) PASSPORT AND INTERNATIONAL TRAVEL |
| DOUGLAS HEALD (2), | ) Judge: Hon. Allison Claire |
| Defendant. | ) |

The United States of America, by Jared Dolan, Assistant United States Attorney, together with defendant, Douglas Heald, by counsel, Michael Petrik, Jr., stipulate that the Court should order temporary release of Mr. Heald's passport to him, and to modify the conditions of release to allow brief international travel to Mexico for business purposes. Mr. Heald will attend his company's annual sales meeting in Cancun, Mexico.

The parties stipulate that Mr. Heald may retrieve his passport from the Clerk Of The Court on Thursday, January 17, 2013, and return the passport to the Clerk on or before Friday, January 25, 2013.

/ / /

/ / /

STIPULATION AND PROPOSED ORDER 1 10-474-WBS

The parties stipulate that all other conditions of release will
remain in effect.

Dated: January 7, 2013                  Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

Dated: January 7, 2013                  BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        _____
                                        JARED DOLAN
                                        Assistant U.S. Attorney

# O R D E R

     For the reasons stated above, the Court orders temporary release of Mr. Heald's passport to him from January 17, 2013, to January 25, 2013. The Court also modifies the conditions of release to allow brief international travel to Mexico as the parties stipulate. All other conditions of release will remain in effect.

Dated: January 7, 2013.
                                        _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE