THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERAD MAGGI,<br><br>Defendant. | Case No.: 2:10-cr-00474-03WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR<br><br>Date: 4/1/13<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 4, 2013, at 9:30 a.m. is continued to April 1, 2013, at 9:30 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR). Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: January 22, 2013    By:  /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Defendant
                                JERAD MAGGI

1

| | |
|---|---|
| DATED: January 22, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ Thomas A. Johnson for<br>JARED DOLAN<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: January 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JERAD MAGGI,<br><br>    Defendant. | Case No.: 2:10-cr-00474-WBS<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | June 25, 2012 |
| | (Date of Plea or Verdict) |
| Judgment and Sentencing date: | April 1, 2013 @ 9:30 a.m. |
| Reply or Statement | March 25, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | March 19, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | March 11, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 4, 2013 |