**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:     530.759.0800

**Attorney for Defendant**
BRANDON HANLY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.:  CR 10-474-01 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| vs. | |
| BRANDON HANLY, | Date: **April 8, 2013** |
| Defendant. | Time: 9:30 a.m. |
| | Ctrm: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Jared Dolan, Assistant United States Attorney, and Joseph J. Wiseman, attorney for BRANDON HANLY, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 11, 2013 at 9:00 a.m., be rescheduled to, **April 8, 2013** at 9:30 a.m.

Pursuant to this stipulation, Defendant's Written Objections shall be due March 11, 2013, Presentence Report shall be filed with the Court March 18, 2013, Defendant's Motion to Correct the Presentence Report shall be due on March 25, 2013, and Opposition/Reply to said motion shall be due on April 1, 2013.

The parties are requesting this continuance to allow counsel time to review and respond to the draft presentence report, which was just received.

IT IS SO STIPULATED.

Dated: February 8, 2013          Respectfully submitted,


                                 WISEMAN LAW GROUP, P.C.


                                 By:    /s/ Joseph J. Wiseman
                                        JOSEPH J. WISEMAN

                                 Attorney for Defendant
                                 BRANDON HANLY


Dated:  February 8, 2013         BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: /s/ Jared Dolan
                                 JARED DOLAN
                                 Assistant U.S. Attorney
                                 Attorney for the United States


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 8, 2013, at 9:30 a.m. and the other dates adjust as noted by stipulation.


IT IS SO ORDERED.


Dated:  February 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Stipulation and Proposed Order to                                Case No. 10-474 WBS
Continue Sentencing

2