THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JERAD MAGGI,<br>　　　　Defendant. | Case No.: 2:10-cr-00474-03 WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 1, 2013, at 9:30 a.m. is continued to May 13, 2013, at 9:30 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR). Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: March 13, 2013　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JERAD MAGGI

1

| | | |
|---|---|---|
| DATED: March 13, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>JARED DOLAN<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: March 14, 2013

_____  HON. WILLIAM B. SHUBB
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00474-WBS |
| Plaintiff, | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| v. | |
| JERAD MAGGI, | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | May 13, 2013 |
| Reply or Statement | May 6, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 29, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | April 22, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 15, 2013 |

3