THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON HANLY, et al., <br> Defendants. | Case No.: 2:10-cr-00474-WBS <br><br> STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR <br><br> Date:  7/22/13 <br> Time:  9:30 a.m. <br> Judge:  Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 13, 2013, at 9:30 a.m. is continued to July 22, 2013, at 9:30 a.m. in the same courtroom.  The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR). Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  April 25, 2013               By:    /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            JERAD MAGGI

1

| | | |
|---|---|---|
| DATED: April 25, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>JARED DOLAN<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: April 26, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | ) Case No.: 2:10-cr-00474-WBS |
| 2 | Plaintiff, | ) MODIFICATION OF SCHEDULE FOR ) PRE-SENTENCE REPORT AND FOR |
| 3 | v. | ) FILING OF OBJECTIONS TO THE PRE- ) SENTENCE REPORT |
| 4 | JERAD MAGGI, | ) |
| 5 | Defendant. | ) |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | July 22, 2013 |
| Reply or Statement | July 15, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 8, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 1, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 24, 2013 |