```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No. 10-474 WBS
                                 )
11            Plaintiff,         ) APPLICATION AND [PROPOSED] ORDER
                                 ) TO CONTINUE SENTENCING TO AUGUST
12       v.                      ) 26, 2013, AT 9:30 A.M.
                                 )
13  DOUGLAS HEALD,               ) Date:  July 15, 2013
                                 ) Time:  9:30 a.m.
14            Defendant.         ) Judge: Hon. William B. Shubb
                                 )
15  _____ )
```

16

17     This matter is before the Court on July 15, 2013, at 9:30 a.m.,

18 for sentencing. Counsel for the defense requires a continuance to

19 August 26, 2013, at 9:30 a.m., to prepare for sentencing. After

20 consultation with defense counsel, Assistant United States Attorney

21 Jared Dolan has no objection to the defense request to continue the

22 sentencing to August 26, 2013, at 9:30 a.m.

23     The modified disclosure schedule follows:

24 Reply Or Statement Of Non-Opposition:. . . . . . . . August 19, 2013;

25 Motion For Correction Of The Presentence Report
   Filed With The Court And Served On The Probation
26 Officer And Opposing Counsel No Later Than:. . . . . August 12, 2013;

27

28 [PROPOSED] ORDER                 1                               10-474 WBS

| | |
|---|---|
| The Presentence Report Filed With The Court And Disclosed To Counsel No Later Than: . . . . . . . . . . | August 5, 2013; |
| Counsel's Written Objections To The Presentence Report Delivered To The Probation Officer And Opposing Counsel No Later Than: . . . . . . . . . . | July 29, 2013; |

Good cause appearing therefor,

**IT IS ORDERED** that this matter be continued from July 15, 2013, at 9:30 a.m., to August 26, 2013, at 9:30 a.m.; and,

**IT IS ORDERED** that the parties adhere to the modified disclosure schedule outlined above.

Dated: May 17, 2013

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE