THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Jerad Maggi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JERAD MAGGI,<br>　　　　Defendant. | Case No.: 2:10-cr-00474-03 WBS<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR<br><br>Date: 8/26/13<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 22, 2013, at 9:30 a.m. is continued to August 26, 2013, at 9:30 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR). Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 19, 2013　　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　JERAD MAGGI

1

DATED: June 19, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Thomas A. Johnson for
                                        JARED DOLAN
                                        Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 20, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JERAD MAGGI,

    Defendant.

Case No.: 2:10-cr-00474-WBS

MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT

| | |
|---|---|
| Judgment and Sentencing date: | August 26, 2013 |
| Reply or Statement | August 19, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 12, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | August 5, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 29, 2013 |